## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**RONALD ANDREW MCCLURE**                                                                **PETITIONER**
**ADC #103505**

v.                                  Case No. 5:14-cv-00179-KGB-JJV

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                                    **RESPONDENT**

### JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed with prejudice. A certificate of appealability is denied.

IT IS SO ADJUDGED THIS the 10th day of December, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE